Herman Lee GRIFFIN and Hugh James Resmondo, Appellants,

v.

UNITED STATES of America, Appellee.

No. 17656.

United States Court of Appeals Fifth Circuit.

Feb. 3, 1960.

Walter C. Shea, S. Perry Penland, John Paul Howard, Jacksonville, Fla., for appellants.

John L. Briggs, Asst. U. S. Atty., E. Coleman Madsen and James L. Guilmartin, U. S. Attys., Southern Dist. of Florida, Jacksonville, Fla., for appellee.

Before HUTCHESON, TUTTLE and WISDOM, Circuit Judges.

PER CURIAM.

It is ordered that the petitions for rehearing filed in the above styled and numbered cause, be and the same are hereby denied. Although not commented on in the motions for rehearing a careful restudy of the record discloses that the opinion misstated one fact which is hereby corrected. The opinion stated that "Resmondo went to the telephone and telephoned a bellboy in Atlanta and arranged for the two women to work in his hotel," and that "Resmondo also telephoned the airline ticket office." This language is stricken from the opinion and the following substituted in lieu thereof:

"Resmondo and Betty Tyson first suggested a particular hotel in Atlanta, and Tyson telephoned one of the bellboys at this hotel and made arrangements for the two women to come there. Resmondo telephoned the airline ticket office."

The order on petition for rehearing previously entered is hereby withdrawn and this order is substituted in lieu thereof.

HUTCHESON, Circuit Judge, dissenting.

HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant,

v.

WESTERN CASUALTY & SURETY COMPANY, Appellee.

No. 17986.

United States Court of Appeals Fifth Circuit.

Feb. 8, 1960.

Thos. J. Tubb, West Point, Miss., Cecil C. Bailey, Jacksonville, Fla., George J. Thornton, Kosciusko, Miss., for appellant.

Vardaman S. Dunn, Jackson, Miss., for appellee.

Before RIVES, Chief Judge, and HUTCHESON and JONES, Circuit Judges.

PER CURIAM.

The facts of the case, the decision of the District Court, and its reasons for the decision are clearly and concisely set forth in its opinion. Hartford Accident & Indemnity Co. v. Western Casualty & Surety Co., D.C., 173 F.Supp. 544. For the reasons given by the District Court, its judgment is

Affirmed.